# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERT A. GRAYER

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO. 2025 CW 0800

**NOVEMBER 26, 2025**

---

In Re:     Albert A. Grayer, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           748485.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.** The district court is ordered to proceed toward disposition on the petition for judicial review filed by relator, Albert A. Grayer, on or before December 29, 2025.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT